UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

Michael Miles,                                :
                                              :
    Plaintiff,                              :   Case No. 15-cv-13996
                                              :
v.                                            :   Honorable Thomas L. Ludington
                                              :
Mackinaw Catering, Inc.,                      :
                                              :
    Defendant.                              :
_____/       :

**STIPULATED ORDER OF DISMISSAL BETWEEN PLAINTIFF
MICHAEL MILES AND DEFENDANT MACKINAW CATERING, INC.
AND CANCELLING IN-PERSON STATUS CONFERENCE**

    Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, we the attorneys for the Plaintiff Michael Miles and the Defendant Mackinaw Catering, Inc., stipulate that this action is hereby dismissed with prejudice pursuant to a written Settlement Agreement which acknowledges that Defendant has made all "readily achievable" improvements at its property. Each party shall bear its own attorney fees, expenses and costs.

    Based upon the aforementioned Stipulation, the Court hereby **ORDERS** that this case is **DISMISSED** with prejudice and that Defendant has made all "readily achievable" improvements at its property. Each party shall bear its own attorney fees, expenses, and costs.

    It is further **ORDERED** that the in-person status conference set September 1, 2016 at 4:00 p.m. is **CANCELLED.**

                                                                    s/Thomas L. Ludington
                                                                    THOMAS L. LUDINGTON
                                                                      United States District Judge

Dated: August 17, 2016

Respectfully submitted by,

| | |
|---|---|
| /s/ Owen B. Dunn, Jr. | /s/ Erik G. Chappell |
| Owen B. Dunn, Jr. (P66315) | ERIK G. CHAPPELL (P51332) |
| LAW OFFICES OF OWEN DUNN, JR. | PETER A. DEWHIRST (P53111) |
| The Ottawa Hills Shopping Center | Lyden, Chappell & Dewhirst, Ltd. |
| 4334 W. Central Avenue, Suite 330 | 5565 Airport Highway, Suite 101 |
| Toledo OH 43615 | Toledo, Ohio 43615 |
| Phone: (419) 241-9661 | Telephone: (419) 867-8900 |
| Fax: (419) 241-9737 | Telefax: (419) 867-3647 |
| Attorney for Plaintiff | Email: egc@lydenlaw.com |
| | Email: pad@lydenlaw.com |
| | Attorneys for Defendant |

PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on August 17, 2016.

s/Johnetta Curry
Johnetta Curry, Acting in the Absence of
Michael A. Sian, Case Manager